## Exhibit B

