UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VORSTEVELD FARM, LLP,<br>HANS VORSTEVELD,<br>GERARD VORSTEVELD, and<br>RUDOLPH VORSTEVELD<br><br>Defendants. | Civil Action No. 2:24-cv-00897-gwc |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America hereby requests that Alexandra L. St. Romain, Trial Attorney, United States Department of Justice, Environment and Natural Resources Division, be substituted as lead counsel of record in place of Benjamin J. Grillot in the above-captioned matter. All further copies of pleadings, orders, and other papers should be directed to Alexandra L. St. Romain.

Dated: February 21, 2025

Respectfully submitted,

LISA LYNNE RUSSELL
*Deputy Assistant Attorney General*

By:   /s/ *Alexandra L. St. Romain*

ALEXANDRA L. ST. ROMAIN
Environmental Defense Section
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section

P.O. Box 7611
Washington, DC 20044-7611
(202) 532-3284
alexandra.st.romain@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I filed the foregoing Notice of Substitution of Counsel on all counsel of record via the Court's CM/ECF system.

/s/ *Alexandra L. St. Romain*
ALEXANDRA L. ST. ROMAIN