IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 2:24-cv-00897-gwc |
| VORSTEVELD FARM, LLP, HANS VORSTEVELD, GERARD VORSTEVELD, and RUDOLPH VORSTEVELD, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STATUS REPORT AND CONSENT MOTION TO HOLD CASE IN ABEYANCE

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 26(a)(3), Plaintiff United States of America and Defendants Vorsteveld Farm, LLP, *et al.* collectively hereby request that the Court continue to hold this case in abeyance, while the parties attempt to negotiate a settlement agreement, with the parties to file a status report with this Court on or before June 1, 2026.

### Background

The United States filed the complaint in this case August 14, 2024, regarding Defendants' alleged violations of the Clean Water Act ("CWA"). ECF No. 1. The United States seeks declaratory and injunctive relief, as well as an appropriate civil penalty. *Id.* Defendants filed their answer to the complaint on January 17, 2025. ECF No. 12. On January 31, 2025, the Parties selected Tad Powers to serve as the Early Neutral Evaluator. ECF No. 15.

In 2020, Defendant Vorsteveld Farm, LLC, was sued by its neighbor, Aerie Point Holdings, LCC, in the Superior Court for the State of Vermont for trespass and nuisance ("the State Court case"), alleging that "increased runoff from defendants' dairy farm had caused water, sediment, and pollution to travel onto plaintiff's land and into Lake Champlain." *Aerie Point Holdings LLC v. Vorsteveld Farm, LLP*, No. 24-AP-258, Slip Op. 1 (Vt. May 9, 2025). The trial court found for plaintiff and enjoined Vorsteveld Farm LLP "from allowing water, and any particles it carries, from flowing from the discharge points of [d]efendant's drain tile system into the public ditches and culverts westerly of [d]efendant's land on Arnold Bay Road between Adams Ferry Road and Pease Road." *Id.* The trial court intends to set a hearing no earlier than May 1, 2026, to determine whether Vorsteveld Farm LLP remains in compliance with the injunction in the State Court case. Entry Order dated Nov. 3, 2025, *Aerie Point Holdings, LLC v. Vorsteveld Farm, LLC* [*sic*], Vt. Superior Ct., Civil Division, Do. No. 72-4-20 Ancv.

**Argument**

**THE COURT SHOULD HOLD THIS CASE IN ABEYANCE PENDING SETTLEMENT NEGOTIATIONS**

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936). Good cause exists for granting this motion. The parties now believe that sufficient clarity in the outcome of the pending State Court action may allow them to reach a settlement that would obviate further litigation in this Court. Thus, it will conserve the parties' and this Court's resources to wait until the parties can determine whether continuing litigation in this Court will be necessary. Discovery in this case has not yet begun and neither side will be prejudiced by this short abeyance.

Counsel for the Defendant was contacted regarding this motion and indicated that she does not oppose.

### **Conclusion**

For the foregoing reasons, the Court should grant this motion and hold all proceedings in this case in abeyance through May 2026, and require the parties to provide a status report on or before June 1, 2026.

Dated at Washington, D.C., January 26, 2026.

Respectfully submitted,

/s/ Redding Cofer Cates
REDDING COFER CATES
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-2617
redding.cates@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I filed the foregoing STATUS REPORT AND CONSENT MOTION TO HOLD CASE IN ABEYANCE on all counsel of record via the Court's CM/ECF system.

*/s/ Redding Cofer Cates*
Redding Cofer Cates
