**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VORSTEVELD FARM, LLP,<br>HANS VORSTEVELD,<br>GERARD VORSTEVELD, and<br>RUDOLPH VORSTEVELD,<br><br>Defendants. | ) | Civil Action No. 2:24-cv-00897-gwc |

**STATUS REPORT AND CONSENT MOTION TO HOLD CASE IN ABEYANCE**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 26(a)(3), Plaintiff United States of America and Defendants Vorsteveld Farm, LLP, *et al.* collectively hereby request that the Court continue to hold this case in abeyance, while the parties work to negotiate a settlement agreement, with the parties to file a status report with this Court on or before October 1, 2026.

The United States filed the complaint in this case on August 14, 2024, regarding Defendants' alleged violations of the Clean Water Act ("CWA"). ECF No. 1. The United States seeks declaratory and injunctive relief, as well as an appropriate civil penalty. *Id.* Defendants filed their answer to the complaint on January 17, 2025. ECF No. 12. On January 27, 2026, this Court granted the parties' joint motion to hold the case in abeyance pending settlement negotiations. ECF No. 33.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936). Good cause exists for granting this motion. The parties require additional time to pursue settlement of this case. If their negotiations are successful, a negotiated resolution will obviate the need for further litigation, conserving the resources of this Court and the parties. Discovery in this case has not yet begun and neither side will be prejudiced by an extension of the abeyance.

Counsel for the Defendants was contacted regarding this motion and indicated that she does not oppose.

For the foregoing reasons, the Court should grant this motion and continue to hold all proceedings in this case in abeyance through September 2026, and require the parties to provide a status report on or before October 1, 2026.

Dated at Washington, D.C., June 1, 2026.

Respectfully submitted,

/s/ Redding Cofer Cates
REDDING COFER CATES
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-2617
redding.cates@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I filed the foregoing STATUS REPORT AND CONSENT MOTION TO HOLD CASE IN ABEYANCE on all counsel of record via the Court's CM/ECF system.

*/s/ Redding Cofer Cates*
Redding Cofer Cates